No. 92–5392. KIRSCH v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 92–5526. PHILLIPS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–5613. CARLINI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5636. VIVES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–5654. HALL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5658. RAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5672. KASSIM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–5847. HARDY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–5867. BROWN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5876. EARLE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–5920. DESMOND v. CITY OF QUINCY, MASSACHUSETTS, ET AL. App. Ct. Mass. Certiorari denied.

No. 92–5921. CATELL v. SMYTHE, ADMINISTRATOR, HALAWA MEDIUM SECURITY FACILITY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–5922. TRUNDY v. MAGNUSSON, WARDEN, ET AL. C. A. 1st Cir. Certiorari denied.

No. 92–5923. BIGGS ET AL. v. LYNAUGH, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. Sup. Ct. Tex. Certiorari denied.

No. 92–5933. WIGLEY v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.